UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  No. CR 11- 00853 EJD

    Plaintiff,

v.  **ORDER - CJA CONTRIBUTIONS DUE**

Ricardo Ervin Medina, Defendant.

_____/

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 50 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of 12/10/17 and the SAME DAY each month thereafter;

[X] MAIL TO:    Clerk, U.S. District Court
                   280 South First Street, Room 2112
                   San Jose, CA 95113-3095

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ] MAIL TO:    Clerk, U.S. District Court
                   280 South First Street, Room 2112
                   San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED 11/27/17

_____
Howard R. Lloyd, U.S. Magistrate Judge